UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
## CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Douglas H. Canton    JOINT DEBTOR: Kenia Canton    CASE NO.: _____
Last Four Digits of SS# 9442    Last Four Digits of SS# 2666

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **60** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A. $265.66 for months 1 to 60;
B. $_____ for months ___ to ___;
C. $_____ for months ___ to ___; in order to pay the following creditors:

Administrative: Attorney's Fee - $5000.00    TOTAL PAID $1500.00
Balance Due    $3500.00    payable $194.45/month (Months 1 to 18)
                                                 payable $_____/month (Months ___ to ___)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. _____    Arrearage on Petition Date  $_____
Address: _____    Arrears Payment    $_____/month (Months ___ to ___)
_____    Regular Payment    $_____/month (Months ___ to ___)
Account No: _____    Regular Payment    $_____/month (Months ___ to ___)
                                          Regular Payment    $_____/month (Months ___ to ___)

2. _____    Arrearage on Petition Date  $_____
Address: _____    Arrears Payment    $_____/month (Months ___ to ___)
_____    Regular Payment    $_____/month (Months ___ to ___)
Account No: _____    Regular Payment    $_____/month (Months ___ to ___)
                                          Regular Payment    $_____/month (Months ___ to ___)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Wells Fargo 711 West Broadway Tempe, AZ 85282 | $9,105.35 2004 Hyundai Sonata | 4.00% | $47.05 $219.40 | 1 To 18 19 to 60 | $10,061.70 |
| Home Loan Inv. Bank / Home Loan Plaza Warwick, RI 02886 | $0.00 3070 S.E. 4 Place Homestead, Fl 33033 | 0.00% | $0.00 | 1 To 60 | 0.00 Avoid lein in Full |
|  |  | % | $ | ___ To ___ |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____    Total Due $_____
                                          Payable    $_____/month (Months ___ to ___) Regular Payment $_____

Unsecured Creditors: Pay $22.11/month (Months 19 to 60).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Wachovia is paid outside the plan. American Honda Finance (lease to be assumed).

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

X _[signature]_____    _[signature]_____
Debtor                                      Joint Debtor
Date: 2/17/09                          Date: 2/17/09

LF-31 (rev. 06/02/08)