UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:  
DOUGLAS H. CANTON  
SSN:XXX-XX-9442  
RENA CANTON  
SSN:XXX-XX-2666  

Case No:09-11794-BKC-RAM  
Chapter 13  

_____Debtor_____/

## MOTION TO VALUE COLLATERAL IN PLAN

**IMPORTANT NOTICE TO CREDITORS: THIS IS A MOTION TO VALUE YOUR COLLATERAL**

**This Motion seeks to value collateral described below securing the claims of the creditors listed below.**

**If you have not filed a proof of claim, you have until the later of the claims bar date or 20 calendar days from the date this motion was served on you to file a proof of claim or you will be deemed to have waived the right to payment of any unsecured claim to which you might otherwise be entitled. [See Local Rule 3015-3(A)(4).]**

The debtor files this Motion to Value Collateral in Plan pursuant to 11 U.S.C. §506(a), Bankruptcy Rule 3012, Local Rule 3015-3 and seeks to value collateral securing the claims of the creditor(s) listed below by indicating in the plan the description and value of the collateral.

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Wells Fargo<br>711 West Broadway<br>Tempe, AZ 85282 | $9,105.35<br>2004 Hyundai Sonata<br>VIN # KMHWF25S34A048635 | 4.00 % | $ 47.05<br>$219.40 | __1__ To __18__<br>__19__ To __60__ | $10,061.70 |

The debtor further states that:

    1. Upon the filing of this motion, the debtor reviewed the docket and claims register and states that:

LF-77 (rev. 06/02/08)                Page 1 of 2

☑ no claims have been filed with respect to the debt that the collateral listed above secures; or

☐ the following claims have been filed with respect to the debt that the collateral listed above secures:

2. The debtor :

☐ does not object to the following claims listed as filed in paragraph (1) above; (List)

☐ has, by separately filed document, objected to the following claims: (List)

**NOTICE IS HEREBY GIVEN THAT:**

1. In accordance with the rules of this court, unless an objection is filed with the court and served upon the debtor, the debtor's attorney, and the trustee Nancy N. Herkert at or before the hearing scheduled in this matter, the value of the collateral may be established as the amount as stated in the plan and in this motion without further notice, hearing or order of the court. Pursuant to Local Rule 3015-3(A)(3), timely raised objections will be heard at the hearing scheduled on the motion.

2. The undersigned acknowledges that this motion and notice of hearing must be served pursuant to Bankruptcy Rule 7004 and Local Rule 3015-3 at least 20 days prior to the hearing date and that a certificate of service must be filed when the motion and notice of hearing are served.

Respectfully submitted,

Jorge L. Suarez
Attorney for Debtor(s)
3735 SW 8th Street, Suite 101
Coral Gables, FL 33134
Tel: (305)445-2944
jorgesuarezlaw@aol.com

/s/Jorge L. Suarez
Jorge L. Suarez
Florida Bar No. 0844950