

**ORDERED in the Southern District of Florida on May 12, 2009.**

Robert A. Mark, Judge
United States Bankruptcy Court

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In Re: DOUGLAS H. CANTON
SSN: XXX-XX-9442
RENA CANTON
SSN: XXX-XX-2666

PROCEEDINGS UNDER CHAPTER 13
CASE NO.: 09-11794-RAM

Debtor(s)
_____/

### AGREED ORDER GRANTING DEBTORS' MOTION TO VALUE REAL PROPERTY, MOTION TO DETERMINE SECURED STATUS AND MOTION TO AVOID LIEN

This case was set to come before the Court on May 12th 2009 on the Debtors' Motion To Value Real Property, Motion to Determine Secured Status and Motion to Avoid Lien. The Court having reviewed the Motion and based on the representation that counsel for the debtor and creditor have come to an agreement on the matter, it is

**ORDERED AND ADJUDGED**

1.  The Debtors' real property located at 3070 SE 4th Place, Homestead, FL 33033-5765, more particularly described as

      LOT 9, BLOCK 29, KEYS GATE NO. THREE, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 133, AT PAGE 35, OF THE PUBLIC RECORDS OF MIAMI DADE COUNTY, FLORIDA

(the "Property") has a value of $ 215,000.

2. Home Loan's Investment Bank ("Home Loan's") claim based on its Amended Proof Claim is a wholly unsecured claim.

3. Upon discharge, debtor may file a recordable order evidencing the avoidance of such mortgage.

###

Copies Furnished To:

Law Suarez of Jorge L. Suarez, P.A.
Attorneys for Debtor
3735 SW 8 Street, Suite 101
Miami, FL 33134

Larry Foyle
Attorney for Home Loan Investment Bank
PO Box 800
Tampa, Florida 33601

(Atty. Jorge L. Suarez is directed to serve a copy of this Order parties named immediately upon receipt of this Order.)