## CHAPTER 13 PLAN (Individual Adjustment of Debts)

☑ _1st_ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: _Douglas H. Canton_   JOINT DEBTOR: _Rena Canton_   CASE NO.: _09-11794-RAM_
Last Four Digits of SS# _9442_   Last Four Digits of SS# _2666_

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of _60_ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A. $_279.46_ for months _1_ to _60_;
B. $_____ for months _____ to _____;
C. $_____ for months _____ to _____; in order to pay the following creditors:

Administrative: Attorney's Fee - $_5000.00_  TOTAL PAID $ _1500.00_
Balance Due $_3500.00_ payable $_194.45_/month (Months _1_ to _18_)
payable $_____/month (Months _____ to _____)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. _____
Address: _____
_____
Account No: _____

Arrearage on Petition Date $_____
Arrears Payment    $_____/month (Months ___ to ___)
Regular Payment    $_____/month (Months ___ to ___)
Regular Payment    $_____/month (Months ___ to ___)
Regular Payment    $_____/month (Months ___ to ___)

2. _____
Address: _____
_____
Account No: _____

Arrearage on Petition Date $_____
Arrears Payment    $_____/month (Months ___ to ___)
Regular Payment    $_____/month (Months ___ to ___)
Regular Payment    $_____/month (Months ___ to ___)
Regular Payment    $_____/month (Months ___ to ___)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Wells Fargo 711 West Broadway Tempe, AZ 85282 | $9105.35 2004 Hyundai Sonata | 4.00% | $47.05 $219.40 | 1 To 18 19 to 60 | $10,061.70 |
| Home Loan Inv. Bank Home Loan Plaza Warwick, RI 02886 | $0.00 3070 SE 4 Place Homestead, Fl | 0.00% | $0.00 | 1 To 60 | $0.00 Avoid lein in Full |
|  |  | % | $ | To |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____   Total Due $_____
Payable $_____/month (Months ___ to ___) Regular Payment $_____

Unsecured Creditors: Pay $_22.11_/month (Months _19_ to _60_).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.
Other Provisions Not Included Above: _Wachovia is paid outside the plan. American Honda Finance lease to be assumed._

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_/s/ Douglas H. Canton_                              _/s/ Rena Canton_
Debtor                                                Joint Debtor
Date: _5/27/09_                                       Date: _5/27/09_

LF-31 (rev. 06/02/08)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the 1st Amended Chapter 13 Plan was electronically served to the Clerk of the Bankruptcy Court ; Nancy N. Herkert, Trustee, and served by U.S. mail to all interested parties on attached list on this _27_ day of _May_, 2009.

Respectfully submitted,

Jorge L. Suarez, Esq.
Attorney for Debtor(s)
3735 S.W. 8th Street Suite 101
Coral Gables, Florida 33134
Tel: (305) 445-2944
jorgesuarezlaw@aol.com

/s/ Jorge L. Suarez
Jorge L. Suarez, Esq.
FL Bar No. 0844950

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-1<br>Case 09-11794-RAM<br>Southern District of Florida<br>Miami<br>Wed May 27 13:12:30 EDT 2009 | Home Loan Investment Bank, FSB<br>c/o Larry M. Foyle, Esq.<br>PO Box 800<br>Tampa, FL 33601-0800 | Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue #1120<br>Miami, Fl 33131-1605 |
| Am Honda Fin<br>1250 Northmeadow<br>Roswell, GA 30076-4914 | Am Honda Fin<br>POB 1027<br>Alpharetta, GA 30009-1027 | American Express Bank FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern  PA 19355-0701 |
| American Honda Finance<br>POB 168088<br>Irving TX 75016-8088 | Aspire/Cb&T<br>Pob 105555<br>Atlanta, GA 30348-5555 | Bankfirst<br>1509 W 41st St<br>Sioux Falls, SD 57105-6370 |
| Blair<br>220 Hickory St<br>Warren, PA 16366-0001 | Brclysbankde<br>125 South West Str<br>Wilmington, DE 19801-5014 | Cap One<br>Pob 30281<br>Salt Lake City, UT 84130-0281 |
| Chase<br>Bank One Card Serv<br>Westerville, OH 43081 | Chase Bank USA NA<br>PO BOX 15145<br>Wilmington DE 19850-5145 | Chase Mort<br>3415 Vision Dr<br>Columbus, OH 43219-6009 |
| Chase Na<br>800 Brooksedge Blv<br>Westerville, OH 43081-2822 | Chase-Mnhtn<br>Pob 77279<br>Houston, TX 77279 | Chase-Pier1<br>800 Brooksedge Blv<br>Westerville, OH 43081-2822 |
| Citi<br>Pob 6241<br>Sioux Falls, SD 57117-6241 | Citi Auto<br>2208 Hwy 121<br>Bedford, TX 76021-5981 | Citi-Shell<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 |
| CitiFinancial Inc<br>P.O. Box 140489<br>Irving TX 75014-0489 | Citifinancia<br>Po Box 499<br>Hanover, MD 21076-0499 | Conseco Bc<br>1400 Turbine Drive<br>Rapid City, SD 57703-4719 |
| DEPARTMENT STORES NATIONAL BANK/MACYS<br>TSYS DEBT MGMT., INC.<br>PO BOX 137<br>COLUMBUS, GA  31902-0137 | (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | Dsnb Bloom<br>3039 Cornwallis Rd<br>Durham, NC 27709 |
| Dsnb Macys<br>3039 Cornwallis Rd<br>Durham, NC 27709 | Fleet Bk Na<br>1 Norstar Plz<br>Albany, NY 12207-2796 | Fleet Cc<br>Po Box 84006<br>Columbus, GA 31908 |

| | | |
|---|---|---|
| Frd Motor Cr<br>Pob 542000<br>Omaha, NE 68154-8000 | Gdyr/Cbusa<br>Pob 5002<br>Sioux Falls, SD 57117-5002 | Gemb/Jcp<br>Po Box 981402<br>El Paso, TX 79998-1402 |
| Gemb/Mngtn<br>Po Box 981439<br>El Paso, TX 79998-1439 | Gemb/Walmart<br>Po Box 981400<br>El Paso, TX 79998-1400 | Glhec<br>2401 International<br>Madison, WI 53704-3121 |
| (p)GREENTREE SERVICING LLC<br>BANKRUPTCY DEPARTMENT<br>P O BOX 6154<br>RAPID CITY SD 57709-6154 | Hfc<br>Po Box 1547<br>Chesapeake, VA 23327-1547 | Hfc - Usa<br>Pob 1547<br>Chesapeake, VA 23327-1547 |
| Home Loan Investemnt Bank FSB<br>1 Home Loan Plaza<br>Warwick, RI 02886-1765 | Home Loan Investment<br>c/o Larry M. Foyle, Esq.<br>1505 N. Florida Avenue<br>Tampa, FL 33602-2613 | Home Loan Invetment Bank<br>c/o Larry M. Foyle, Esq.<br>1505 N. Florida Avenue<br>Tampa, FL 33602-2613 |
| (p)WACHOVIA BANK NA<br>PO BOX 13765<br>ROANOKE VA 24037-3765 | Hsbc Bank<br>Po Box 5253<br>Carol Stream, IL 60197-5253 | Hsbc/Bstby<br>Pob 15521<br>Wilmington, DE 19850-5521 |
| Hsbc/Rs<br>Pob 15521<br>Wilmington, DE 19850-5521 | Internal Revenue Service<br>7850 SW 6 Court<br>Stop 5730<br>Fort Lauderdale, FL 33324-3210 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 21126<br>PHILADELPHIA PA 19114-0326 |
| Jefferson Capital Systems LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | Keybank N.A.<br>Po Box 94518<br>Cleveland, OH 44101-4518 | Lane Bryant<br>450 Winks Lane<br>Bensalem, PA 19020-5932 |
| Lane Bryant<br>Po Box 182121<br>Columbus, OH 43218-2121 | Mcydsnb<br>9111 Duke Blvd<br>Mason, OH 45040-8999 | Merrick Bank<br>Po Box 5000<br>Draper, UT 84020-5000 |
| Mortgage Len<br>213 Court St<br>Middletown, CT 06457-3387 | Nordstrom fsb<br>POB 6566<br>Englewood CO 80155-6566 | Nordstromfsb<br>Po Box 13589<br>Scottsdale, AZ 85267-3589 |
| Ntb/Cbsd<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | PRA Receivables Management, LLC<br>As Agent Of Portfolio Recovery Assocs.<br>PO Box 12914<br>NORFOLK VA 23541-0914 |

Provident Ba
Po Box 1844
Cincinnati, OH 45274-0001

Rcs Inc
3001 Meacham Blvd
Fort Worth, TX 76137-4600

Roundup Funding, LLC
MS 550
PO Box 91121
Seattle, WA 98111-9221

Rshk/Cbsd
Po Box 6497
Sioux Falls, SD 57117-6497

SPIRIT OF AMERICA NATIONAL BANK/LANE BRYANT
FIRST EXPRESS
PO BOX 856132
LOUISVILLE, KY 40285-6132

Sears/Cbsd
701 East 60th St N
Sioux Falls, SD 57104-0432

Silhouettes
8035 Quivira Rd
Lenexa, KS 66215-2746

Target N.B.
Po Box 673
Minneapolis, MN 55440-0673

Ucs/Citi
Po Box 6241
Sioux Falls, SD 57117-6241

Union/Glhec
2401 International
Madison, WI 53704-3121

United Nations F C U
2401 44th Rd Fl 5
Long Island City, NY 11101-4605

Us Dep Ed
501 Bleeker Street
Utica, NY 13501-2401

Wachovia
794 Davis Ct
San Leandro, CA 94577-6922

Wachovia Mortgage
Attn: Bankruptcy
P.O. Box 659558
San Antonio, TX 78265-9558

Washmtl/Prov
Po Box 9180
Pleasanton, CA 94566-9180

Wells Fargo
711 West Broadway
Tempe, AZ 85282-1218

Wells Fargo Bank NA
4137 121st Street
Urbandale IA 50323-2310

Wf Fin Bank
3201 North 4th Ave
Sioux Falls, SD 57104-0700

Wf Fin Bank
Po Box 5943
Sioux Falls, SD 57117-5943

Wf Fin Bnk
1200 N West Ave
Sioux Falls, SD 57104-1335

Wffinancial
11400 N Kendall Dr
Miami, FL 33176-1029

Wffinancial
2801 Route 112
Medford, NY 11763-2568

Wffnb/Rms
Po Box 182121
Columbus, OH 43218-2121

Wfnnb/Avenue
Po Box 29185
Shawnee Missio, KS 66201-9185

Wfnnb/Chadwk
Po Box 182746
Columbus, OH 43218-2746

Wfnnb/Jeslnd
Po Box 182746
Columbus, OH 43218-2746

Wfnnb/Roaman
Po Box 182121
Columbus, OH 43218-2121

Wm Finance
7094 Sw 117th Ave
Miami, FL 33183-2806

Wm Finance
8900 Grand Oak Cir
Tampa, FL 33637-1022

eCAST Settlement Corporation assignee of Cap
One Bank
POB 35480
Newark NJ 07193-5480

| | | |
|---|---|---|
| Douglas H. Canton<br>3070 SE 4 Place<br>Homestead, FL 33033-5765 | Jorge L Suarez Esq.<br>3735 SW 8 St #101<br>Coral Gables, FL 33134-3120 | Nancy N Herkert<br>www.ch13herkert.com<br>POB 279806<br>Miramar, FL 33027-9806 |
| Rena Canton<br>3070 SE 4 Place<br>Homestead, FL 33033-5765 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Discover Fin<br>Pob 15316<br>Wilmington, DE 19850 | Green Tree<br>345 St. Peter Stre<br>Saint Paul, MN 55102 | Homeq<br>P.O. Box 13716<br>Sacramento, CA 95853 |
| Internal Revenue Services<br>P O Box 21126<br>Philadelphia, PA 19114 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (u)Miami | End of Label Matrix<br>Mailable recipients    93<br>Bypassed recipients     1<br>Total                   94 |