

**ORDERED in the Southern District of Florida on June 08, 2009.**

Robert A. Mark, Judge
United States Bankruptcy Court

---

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

In Re: DOUGLAS H. CANTON     PROCEEDINGS UNDER CHAPTER 13
       SSN: XXX-XX-9442          CASE NO.: 09-11794-RAM
       RENA CANTON
       SSN: XXX-XX-2666

       Debtor(s)

                                           /

### AGREED ORDER GRANTING DEBTORS' MOTION TO VALUE COLLATERAL WITH WELLS FARGO

This case was set to come before the Court on June 9th, 2009 on the

Debtors' Motion To Value Collateral With Wells Fargo. The Court having reviewed the

Motion and based on the representation that counsel for the debtor and creditor have

come to an agreement on the matter, it is

**ORDERED AND ADJUDGED**

That the Debtors' Motion to Value Collateral in Plan is **GRANTED**.  The value of

the 2004Hyundai Sonata, Vin # KMHWF25S34A048635 is valued at $9,105.35 with a

4.0 % interest paying a total of $10,061.70.

# # #

Copies Furnished To:

Law Suarez of Jorge L. Suarez, P.A.
Attorneys for Debtor
3735 SW 8 Street, Suite 101
Miami, FL 33134

Wells Fargo Auto Finance
P.O. Box 29704
Phoenix, AZ 85038-9704

(Atty. Jorge L. Suarez is directed to serve a copy of this Order parties named immediately upon receipt of this Order.)