UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:  
    DOUGLAS H CANTON  
    RENA CANTON  
        Debtor(s)

Case No. 09-11794

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Nancy K. Neidich, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 01/31/2009.

2) The plan was confirmed on 06/09/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 11/19/2013.

5) The case was completed on 01/30/2014.

6) Number of months from filing to last payment: 60.

7) Number of months case was pending: 79.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $2,000.00.

10) Amount of unsecured claims discharged without payment: $118,355.44.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $16,769.23 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$16,769.23** |

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,149.89 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$1,149.89** |
| Attorney fees paid and disclosed by debtor: | $0.00 |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AA/CBSD | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| AA/CBSD | Unsecured | 1,420.00 | NA | NA | 0.00 | 0.00 |
| AA/CBSD | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN EXPRESS BANK, FSB | Unsecured | NA | 0.00 | 2,065.40 | 47.35 | 0.00 |
| AMERICAN HONDA FINANCE | Unsecured | 7,310.00 | NA | NA | 0.00 | 0.00 |
| AVENUE/WFNNB | Unsecured | 1,212.00 | NA | NA | 0.00 | 0.00 |
| BANKFIRST | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| BARCLAYS BANK DELAWARE | Unsecured | 1,143.00 | NA | NA | 0.00 | 0.00 |
| BARCLAYS BANK DELAWARE | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| BENEFICIAL/HFC | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| BENEFICIAL/HFC | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| BLAIR | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| BLMDSNB | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CHADWICKS OF BOSTON | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CHADWICKS OF BOSTON | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CHASE | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CHASE | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CHASE | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CHASE | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CHASE | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CHASE MANHATTAN MORTGAGE | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CHLD/CBSD | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CITI | Unsecured | 2,678.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| CITI | Unsecured | 1,832.00 | NA | NA | 0.00 | 0.00 |
| CITI | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CITI | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CITI | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CITI AUTO | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CITIFINANCIAL | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CITIFINANCIAL | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CITIFINANCIAL | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CITIFINANCIAL | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CITIFINANCIAL | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CITIFINANCIAL | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CITIFINANCIAL | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CONSECO BC | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| DEPT STORES NATL BK/MACYS | Unsecured | NA | 0.00 | 2,607.05 | 59.76 | 0.00 |
| DISCOVER | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| DISCOVER | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| DSNB BLOOM | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| DSNB BLOOM | Unsecured | 2,553.00 | NA | NA | 0.00 | 0.00 |
| DSNB BLOOM | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| DSNB BLOOM | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| EAST BAY FUNDING | Unsecured | NA | 0.00 | 3,755.66 | 86.10 | 0.00 |
| EAST BAY FUNDING | Unsecured | NA | 0.00 | 1,289.58 | 29.56 | 0.00 |
| EAST BAY FUNDING | Unsecured | NA | 0.00 | 590.66 | 13.54 | 0.00 |
| EAST BAY FUNDING | Unsecured | NA | 0.00 | 985.50 | 22.60 | 0.00 |
| ECAST SETTLEMENT CORP | Unsecured | 2,807.00 | 0.00 | 2,803.97 | 64.28 | 0.00 |
| FLEET BK NA | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| FLEET CC | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| FORD CREDIT | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| GE MONEY BANK | Unsecured | 3,645.00 | NA | NA | 0.00 | 0.00 |
| GE MONEY BANK | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| GEMB | Unsecured | 905.00 | NA | NA | 0.00 | 0.00 |
| GEMB/DILLARDS DC | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| GREAT LAKES HIGHER ED. | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| GREAT LAKES HIGHER ED. | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| GREEN TREE FINANCIAL CORP. | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| GULF OIL | Unsecured | 518.00 | NA | NA | 0.00 | 0.00 |
| HB/SUZUKI | Unsecured | 47.00 | NA | NA | 0.00 | 0.00 |
| HB/SUZUKI | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| HOME EQ | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| HOME LOAN INV BANK, FSB | Unsecured | 60,689.00 | 0.00 | 58,543.40 | 1,342.07 | 0.00 |
| HSBC BANK | Unsecured | 1,111.00 | NA | NA | 0.00 | 0.00 |
| HSBC BANK | Unsecured | 911.00 | NA | NA | 0.00 | 0.00 |
| HSBC BANK | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| HSBC BANK | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| HSBC BANK | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| HSBC BANK | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| HSBC BANK | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | Unsecured | 432.00 | 0.00 | 390.08 | 8.94 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | Unsecured | 1,141.00 | 0.00 | 870.13 | 19.94 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | Unsecured | NA | 0.00 | 1,285.86 | 29.48 | 0.00 |
| KEY BANK USA | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| LANE BRYANT | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| LANE BRYANT | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| LB RETAIL | Unsecured | 835.00 | NA | NA | 0.00 | 0.00 |
| MERRICK BANK | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| MORTGAGE LENDERS NETWORK US | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| PRA, LLC | Unsecured | NA | 0.00 | 1,084.29 | 24.86 | 0.00 |
| PRA, LLC | Unsecured | NA | 0.00 | 1,346.35 | 30.86 | 0.00 |
| PRA, LLC | Unsecured | NA | 0.00 | 1,420.15 | 32.55 | 0.00 |
| PRA, LLC | Unsecured | NA | 0.00 | 4,149.15 | 95.11 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| PRA, LLC | Unsecured | NA | 0.00 | 1,828.92 | 41.93 | 0.00 |
| PRA, LLC | Unsecured | NA | 0.00 | 2,678.30 | 61.40 | 0.00 |
| PRA, LLC | Unsecured | 1,228.00 | 0.00 | 1,228.35 | 28.16 | 0.00 |
| PROVIDENT BA | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| PROVIDIAN | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| PROVIDIAN | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| RESIDENTIAL CREDIT SLT | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| RNB/TARGET/RATING | Unsecured | 577.00 | NA | NA | 0.00 | 0.00 |
| SPIRIT OF AMERICA NATL BK | Unsecured | NA | 0.00 | 835.28 | 19.15 | 0.00 |
| UNITED NATIONS FCU | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| UNITED NATIONS FCU | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| UNITED NATIONS FCU | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| UNITED NATIONS FCU | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| WASHINGTON MUTUAL BANK | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| WASHINGTON MUTUAL FINANCIAL | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| WELLS FARGO | Secured | 10,061.70 | 0.00 | 10,061.70 | 10,061.70 | 0.00 |
| WELLS FARGO BANK | Unsecured | 3,957.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO FINANCIAL | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| WELLS FARGO FINANCIAL | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| WELLS FARGO FINANCIAL | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| WELLS FARGO FINANCIAL | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| WELLS FARGO FINANCIAL | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| WELLS FARGO FINANCIAL | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| WELLS FARGO FINANCIAL BANK | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| WELLS FARGO FINANCIAL BANK | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| WFFINANCIAL | Unsecured | NA | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $10,061.70 | $10,061.70 | $0.00 |
| **TOTAL SECURED:** | **$10,061.70** | **$10,061.70** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$89,758.08** | **$2,057.64** | **$0.00** |

**UST Form 101-13-FR-S (09/01/2009)**

| Disbursements: | |
|---|---|
| Expenses of Administration | $1,149.89 |
| Disbursements to Creditors | $12,119.34 |
| **TOTAL DISBURSEMENTS** : | **$13,269.23** |

    12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 09/03/2015         By: /s/ Nancy K. Neidich
                                                                      Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**